# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re  RUTH ANNE BOEGER )
    aka RUTH A. BOEGER )
    aka RUTH HENNESSY )
     )   Case No.
     )
     )
    Debtor(s). )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ]   on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ ]   typed in scannable format on paper, consisting of _____ pages and listing a total of _____ creditors, *[only acceptable with conventionally filed petitions **not** prepared by an attorney or bankruptcy petition preparer]*

**OR**

[✔]   electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of _____ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: _____    /s/ RUTH ANNE BOEGER _____
                                                                                          RUTH ANNE BOEGER

DATED: _____    _____

EDC 2-100   (Rev. 10/2007)

```
Bank of America
P O  Box 37176
San Francisco  CA  94137

Bank of America
P O  Box 301200
Los Angeles  CA  90030-1200

Bank of America
P O Box 15710
Wilmington  DE  19886-5710

Banner Churchill Comm Hospital
P O  Box 52645
Phoenix  AZ  85072

Biggs-Gridley Hospital
P O  Box 97
Gridley  CA  95948-0097

Cardmember Service
P O  Box 94014
Palatine  IL  60094-4014

Chase Auto Finance
P O  Box 78068
Phoenix  AZ  85062-8068

Gridley Medical Group
P O  Box 1569
Mansfield  OH  44901

PNC
P O  Box 856177
Louisville  KY  40285-6177

PNC Bank
P O  Box 856177
Louisville  KY  40285-6177

Reno Radiological Associates
Dept 34548
P O  Box 39000
San Francisco  CA  94139-0001

Sears Credit Cards
P O  Box 688956
Des Moines  IA  50368-8956

Stephen A  Boeger
558 Prather Road
Gridley  CA  95948
```